ACCEPTED
01-13-00782-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/8/2015 2:46:03 PM
CHRISTOPHER PRINI
CLERK

## No. 01-13-00782-CV

In the Court of Appeals for the First District
Houston, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/8/2015 2:46:03 PM
CHRISTOPHER A. PRINE
Clerk

## BANDIER REALTY PARTNERS, LLC
## AND SWITCHBACK VENTURES, LLC,

Appellants,

v.

## SSC OPPORTUNITY PARTNERS, LLC
## AND DOUGLAS BRITTON,

Appellees.

On Appeal from the 215th District Court,
Harris County, Texas, Cause No. 2011-43194,
the Hon. Elaine H. Palmer, presiding

## MOTION TO RESCHEDULE
## SUBMISSION ON ORAL ARGUMENT

TO THE HONORABLE JUSTICES OF THE FIRST COURT OF APPEALS:

Come now, SSC Opportunity Partners, LLC and Douglas Britton
("Appellees") and files this *Motion to Reschedule Submission on Oral Argument*.
In support of this Motion, Appellees show the Court the following:

# I.
# ORAL ARGUMENT DATE

This case is set for oral argument on Tuesday, April 14, 2015, at 1:30 p.m. No previous extension to reschedule has been sought by Appellees. One extension has been sought by Appellants. Appellees respectfully request the oral argument be rescheduled for a later date at the Court's discretion.

# II.
# REASONS FOR RESCHEDULING ORAL ARGUMENT

Appellees' counsel, David Keltner, recently had knee surgery on Friday, April 3, 2015. As planned, the surgery would not have interfered with the oral argument setting; however, due to complications during his recovery, his doctor has advised Mr. Keltner not to travel to the oral argument. [*See* Exhibit A; Doctor's Note, dated April 8, 2015].

# III.
# APPELLANTS CANNOT BE REACHED REGARDING THIS MOTION

Counsel for Appellants Bandier Realty Partners, LLC and Switchback Ventures, LLC, David Gunn, cannot be reached to discuss this motion. Therefore, Appellees present this motion for the Court's consideration.

## IV.
## PRAYER FOR EXTENSION

WHEREFORE, PREMISES CONSIDERED, Appellees request the April 14, 2015 oral argument be rescheduled at a later date at the Court's discretion.

Respectfully submitted,

/s/ David Keltner
David E. Keltner
State Bar No. 11249500
david.keltner@kellyhart.com
Jody S. Sanders
State Bar No. 24051287
jody.sanders@kellyhart.com
**KELLY HART & HALLMAN LLP**
201 Main Street, Suite 2500
Fort Worth, Texas  76102
817.332.2500—Telephone
817.878.9280—Telecopier

**ATTORNEYS FOR APPELLEES**

## CERTIFICATE OF CONFERENCE

On April 8, 2015, I attempted to contact David Gunn, counsel for Appellants Bandier Realty Partners, LLC and Switchback Ventures, LLC.  However, Mr. Gunn could not be reached and Appellees present this motion for the Court's consideration.

/s/ David Keltner
David E. Keltner

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served upon counsel via electronic filing on April 8, 2015:

Brian B. Kilpatrick
brianbkil@gmail.com
THE KILPATRICK LAW FIRM
1811 Bering Drive, Suite 125
Houston, Texas  77057
*Counsel for Appellees*

W. Craft Hughes
craft@crafthugheslaw.com
Jarrett L. Ellzey
jarrett@crafthugheslaw.com
HUGHES ELLZEY, LLP
Galleria Tower I
2700 Post Oak Blvd., Suite 1120
Houston, Texas  77056
*Counsel for Appellees*

David M. Gunn
dgunn@beckredden.com
Erin H. Huber
dgunn@beckredden.com
BECK REDDEN LLP
1221 McKinney, Suite 4500
Houston, Texas 77010
*Counsel for Appellants*
*Bandier Realty Partners, LLC*
*and Switchback Ventures, LLC*

Kenneth T. Fibich
tfibich@fhl-law.com
Sara J. Fendia
sfendia@fhl-law.com
FIBICH, HAMPTON, LEEBRON,
BRIGGS & JOSEPHSON, LLP
1150 Bissonnet
Houston, Texas  77005
*Counsel for Appellees*

Sean Michael Reagan
sreagan@lpmfirm.com
LEYH, PAYNE & MALLIA, PLLC
9545 Katy Freeway, Suite 200
Houston, Texas  77024
*Counsel for Appellees*

*/s/ David Keltner*
David E. Keltner

# Appendix A



# THE TEXAS HIP AND KNEE CENTER
Joint Replacement Surgery
Reconstructive Surgery of the Hip and Knee

Robert Schmidt, M.D./Jordan Wackenhuth, P.A.-C.
Ajai Cadambi, M.D./Lien Tran, P.A.-C.
Theodore W. Crofford, M.D./Brett Barnes, P.A.-C.
Steven H. Weeden, M.D./Melanie Brooks, P.A.-C
Jeffrey McGowen, M.D./Matthew Watson, P.A.-C.
Steven B. Ogden, M.D./Stephanie Reel, P.A.-C.

Patient's Name ___David Keltner___

☐    **May not return to work at this time.**

☒    **Was seen in my office on** ___4/8/15___.

☐    **May be off work effective** _____ **until** _____.

☐    **Next appointment is scheduled for** _____.

☐    **Has surgery scheduled for** _____.

☒    **May return to work on (NORMAL) / LIGHT duty on** ___4/17/15___.

- **Limitations**

| | |
|---|---|
| _____ No lifting | _____ No lifting over _____ lbs. |
| _____ No squatting | _____ No standing |
| _____ No climbing | _____ No repetitive bending/stooping |
| _____ No kneeling | _____ No working at heights |

   ✗ Other ___No prolonged traveling or air travel___

**Instructions** ___since just had (L) knee surgery___
___and increased risk for DVT___

_____

___[signature]___        ___4/8/15___

**Robert Schmidt, M.D.**              **Date**
**Ajai Cadambi, M.D.**
**Theodore W. Crofford, M.D.**
**Steven H. Weeden, M.D.**
**Jeffrey L. McGowen, M.D.**
**Steven Ogden, M.D.**

Revised 01/14